IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DUSTIN PHILLIPS**                                                              **PLAINTIFF**
*#48210*

v.                              CASE NO. 3:25-CV-00088-BSM

**DOE**                                                                          **DEFENDANT**

## ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 3] is adopted and Dustin Phillips's complaint is dismissed without prejudice for failure to submit a complete in forma pauperis application or pay the filing fee and for failure prosecute. The clerk is directed to close this case.

IT IS SO ORDERED this 11th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE