IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DUSTIN PHILLIPS**  **PLAINTIFF**
*#48210*

v.     CASE NO. 3:25-CV-00088-BSM

**DOE**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE